## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA MACHETTE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-897-SLR |
| | ) | |
| v. | ) | ARBITRATION |
| | ) | |
| CAESAR RODNEY SCHOOL DISTRICT, | ) | |
| CAESAR RODNEY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Neil R. Lapinski, do hereby certify that on this 10th day of June, 2005, two copies of the attached Order for Scheduling Conference and Order were provided, via electronic mail, to the following:

Jonathan Layton, Esquire
White & Williams LLP
824 N. Market Street Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

SWARTZ CAMPBELL LLC


 */s/ Neil R. Lapinski*
NEIL R. LAPINSKI, ESQUIRE
Del. I.D. #3645
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Plaintiff