**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

BARBARA MACHETTE,                     )
                                      )
        Plaintiff,                    )        C.A. No.: 04-897-SLR
                                      )
v.                                    )        ARBITRATION
                                      )
CAESAR RODNEY SCHOOL DISTRICT,        )
CAESAR RODNEY BOARD OF EDUCATION,     )
                                      )
        Defendants.                   )

**O R D E R**

This        day of                   200**5**, the parties
having satisfied their obligations under Fed. R. Civ. P. 26(f),
and the court having conducted a pretrial scheduling conference
pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties [have
exchanged] [will exchange by April 1, 2005        ] the information
required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery**.

(a)  Discovery will be needed on the following
subjects: The nature of Plaintiff, Derrick Serrano's disability and the event(s) leading to his discipline
and all related information known, considered, and/or in the possession of Defendant at the time
surrounding the manifestation determination and/or subsequent Due Process Hearing findings.

(b)  All discovery shall be commenced in time to
be completed by July 1, 2005   .

(c)  Maximum of **40** interrogatories by each party
to any other party.

(d)  Maximum of **40** requests for admission by
each party to any other party.

(e)  Maximum of **5** depositions by plaintiff and

**5**   by defendant.

(f)   Each deposition [other than of ___**N/A**___ ]

limited to a maximum of **3**___ hours unless extended by agreement

of parties.

(g)   Reports from retained experts under Rule

26(a)(2) on issues for which any party has the burden of proof

due by **May 15, 2005**___.  Rebuttal expert reports due by **June 30, 2005.**

All <u>Daubert</u> motions due by **July 29, 2005**___.

(h)   Supplementations under Rule 26(e) due

___**bi-monthly**___.

(i) **Discovery Disputes.**  Any discovery dispute

shall be submitted to the court pursuant to Fed. R. Civ. P. 37.

During the course of discovery, each party is limited to **two (2)**

Rule 37 motions.  The court shall make itself available, however,

to resolve through a telephone conference, disputes that arise

during the course of a deposition and disputes related to entry

of a protective order.

3.  **Joinder of other Parties, Amendment of Pleadings,**

**and Class Certification.**  All motions to join other parties,

amend the pleadings, and certify a class action shall be filed on

or before **June 1, 2005**___.

4.  **Settlement Conference.**  Pursuant to 28 U.S.C. §

636, this matter is referred to Magistrate Judge Thynge for the

purposes of exploring the possibility of a settlement.

5.  **Summary Judgment Motions.**  All summary judgment

motions shall be served and filed with an opening brief on or

before **July 29, 2005**___.  Briefing shall be pursuant to D. Del. LR

7.1.2.  No summary judgment motion may be filed more than **ten**

**(10)** days from the above date without leave of the court.

6.  **Applications by Motion.**  Any application to the

court shall be by written motion filed with the clerk.  Unless

otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

_____
United States District Judge
