## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA MACHETTE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-897-SLR |
| | ) | |
| v. | ) | ARBITRATION |
| | ) | |
| CAESAR RODNEY SCHOOL DISTRICT, | ) | |
| CAESAR RODNEY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Neil R. Lapinski, do hereby certify that on this 13th day of June, 2005, a copy of the attached Order were provided, via electronic mail, to the following:

Jonathan Layton, Esquire
White & Williams LLP
824 N. Market Street Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

SWARTZ CAMPBELL LLC

_/s/ Neil R. Lapinski_
NEIL R. LAPINSKI, ESQUIRE
Del. I.D. #3645
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Plaintiff