IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Docket No. 04-897 |
| : | |
| CAESAR RODNEY SCHOOL DISTRICT : | |
| and CAESAR RODNEY BOARD OF : | |
| EDUCATION, THE DEPARTMENT OF : | |
| EDUCATION OF THE STATE OF : | |
| DELAWARE and OFFICE OF : | |
| DISCIPLINARY COUNSEL, : | |
| : | |
| Defendants. : | |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Jonathan Layton, Esquire on behalf of Defendants, Caesar Rodney School District and Caesar Rodney Board of Education.

**PLEASE ENTER** the appearance of William L. Doerler, Esquire on behalf of Defendants, Caesar Rodney School District and Caesar Rodney Board of Education.

| WHITE AND WILLIAMS LLP | WHITE AND WILLIAMS LLP |
|---|---|
| | |
| _____ | _____ |
| **JONATHAN LAYTON** | **WILLIAM L. DOERLER** |
| 824 N. Market Street, Suite 902 | 824 N. Market Street, Suite 902 |
| P.O. Box 709 | P.O. Box 709 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19899-0709 |
| (302) 654-0424 | (302) 467-4508 |

Date: January 26, 2006

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 04-897 |
| | : |
| CAESAR RODNEY SCHOOL DISTRICT | : |
| and CAESAR RODNEY BOARD OF | : |
| EDUCATION, THE DEPARTMENT OF | : |
| EDUCATION OF THE STATE OF | : |
| DELAWARE and OFFICE OF | : |
| DISCIPLINARY COUNSEL, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, William L. Doerler, certify that on this 26th day of January, 2006, a copy of the foregoing **SUBSTITUTION OF COUNSEL** were delivered via LexisNexis File & Serve upon:

Neil R. Lapinski, Esquire
Swartz Campbell, LLC
300 Delaware Avenue
Suite 1130
P. O. Box 330
Wilmington, DE  19899-0330

WHITE AND WILLIAMS LLP

BY: _____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Caesar Rodney School District and Caesar Rodney Board of Education*

-2-