# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-897-SLR |
| | : |
| CAESAR RODNEY SCHOOL DISTRICT, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **9th** day of **February, 2006**,

IT IS ORDERED that the mediation conference scheduled for **Thursday, February 23, 2006** at 10:00 a.m. shall now begin at **11:00 a.m.** All other provisions of the Court's August 16, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE