IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, DERRICK SERRANO, a minor by his parent, BARBARA MACHETTE, and DERRICK SERRANO on his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CAESAR RODNEY SCHOOL DISTRICT, CAESAR RODNEY BOARD OF EDUCATION (a.k.a. BOARD OF EDUCATION OF THE CAESAR RODNEY SCHOOL DISTRICT), THE DEPARTMENT OF EDUCATION OF THE STATE OF DELAWARE and OFFICE OF DISCIPLINARY COUNSEL,<br><br>Defendants, | Docket No.: 04-897 |

**ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT ON BEHALF OF DEFENDANTS, CAESAR RODNEY SCHOOL DISTRICT, CAESAR RODNEY BOARD OF EDUCATION (a.k.a. BOARD OF EDUCATION OF THE CAESAR RODNEY SCHOOL DISTRICT)**

Now comes the defendants, Caesar Rodney School District and the Caesar Rodney Board of Education (a.k.a. Board of Education of the Caesar Rodney School District) (collectively "Answering Defendants"), by and through their undersigned counsel and hereby answer Plaintiffs' Complaint as follows:

### PRELIMINARY STATEMENT

1. Admitted.

## JURISDICTION

2. Admitted.

3. Admitted.

## THE PARTIES

4. Answering defendants lack sufficient information or knowledge to admit or deny the allegations contained in paragraph 4 of the Complaint and they are therefore deemed denied.

5. Denied as stated. By way of further answer, it is admitted that the Caesar Rodney School District is a geographic subdivision of the State, organized for the purpose of administering public education in that area. It is further admitted, that the School District's administrative offices are located in Wyoming, Delaware.

6. Admitted.

7. This paragraph is not directed to answering defendants and therefore no response is required.

8. This paragraph is not directed to answering defendants and therefore no response is required.

## FACTS

9. Admitted.

10. Denied as stated. By way of further answer, it is admitted that Plaintiff Serrano was suspended prior to his expulsion.

11. Admitted.

12. Admitted.

13. Denied as stated. It is admitted that the IEP team met on or about May 6, 2004 for the purpose of conducting a manifestation determination review.

DOCS_DE 121850v.1

14. Admitted.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Admitted.

21. Admitted.

22. Denied.

23. Denied.

24. Denied as stated.

## COUNT ONE

25. Paragraphs 1-24 are repeated as if fully restated herein.

26. Denied.

## COUNT TWO

27. Paragraphs 1-26 are repeated as if fully restated herein.

28. Denied.

## COUNT THREE

29. Paragraphs 1-28 are repeated as if fully restated herein.

30. Denied.

## COUNT FOUR

31. Paragraphs 1-30 are repeated as if fully restated herein.

32. Denied.

## COUNT FIVE

33. Paragraphs 1-32 are repeated as if fully restated herein.

34. Denied.

## COUNT SIX

35. Paragraphs 1-34 are repeated as if fully restated herein.

36. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs have failed to exhaust the administrative remedies available under Section 504 of the Rehabilitation Act.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff, Derrick Serrano, has been afforded procedural and substantive due process in connection with the administrative proceedings as required by law.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff, Derrick Serrano, has been provided a free appropriate public education as required by law.

### FIFTH AFFIRMATIVE DEFENSE

The unreasonableness of Derrick Serrano's conduct and lack of proper notice precludes an award of private tuition reimbursement and attorney's fees pursuant to 20 U.S.C. § 1412(a)(10)(c) and 34 C.F.R. § 300.403 and § 300.513.

**WHEREFORE**, Answering Defendants, Caesar Rodney School District and Caesar Rodney Board of Education (a.k.a. Board of Education of the Caesar Rodney School District), hereby respectfully request that this Honorable Court:

a.  Enter an Order confirming that any and all claims against Answering Defendants are dismissed with prejudice.

b.  Affirm the Due Process Hearing Panel's Decision.

c.  Dismiss with prejudice Plaintiffs' ancillary claims for relief.

d.  Award such costs, and fees (including attorneys fees) and other further relief as this Court deems just and equitable.

WHITE AND WILLIAMS LLP

BY: _____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Caesar Rodney School District and Caesar Rodney Board of Education*

Dated: February 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, DERRICK SERRANO, a minor by his parent, BARBARA MACHETTE, and DERRICK SERRANO on his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>CAESAR RODNEY SCHOOL DISTRICT, CAESAR RODNEY BOARD OF EDUCATION (a.k.a. BOARD OF EDUCATION OF THE CAESAR RODNEY SCHOOL DISTRICT), THE DEPARTMENT OF EDUCATION OF THE STATE OF DELAWARE and OFFICE OF DISCIPLINARY COUNSEL,<br><br>        Defendants, | Docket No.: 04-897 |

**CERTIFICATE OF SERVICE**

I, William L. Doerler, certify that on this 10th day of February, 2006, a copy of the foregoing **ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT ON BEHALF OF DEFENDANTS, CAESAR RODNEY SCHOOL DISTRICT, CAESAR RODNEY BOARD OF EDUCATION (a.k.a. BOARD OF EDUCATION OF THE CAESAR RODNEY SCHOOL DISTRICT)** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Neil R. Lapinski, Esquire
Swartz Campbell, LLC
300 Delaware Avenue
Suite 1130
P. O. Box 330
Wilmington, DE  19899-0330

-2-

WHITE AND WILLIAMS LLP

BY: _____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for Defendants, Caesar Rodney School District and Caesar Rodney Board of Education*