IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BARBARA MACHETTE,

          Plaintiff,

v.                                  Civil Action No. 04-897-SLR

CAESAR RODNEY SCHOOL DISTRICT,  :
et al.,

          Defendants.

### ORDER

At Wilmington this **17th** day of **March, 2006,**

IT IS ORDERED that the teleconference scheduled for Monday, March 20, 2006 at 9:00 a.m. with Judge Thynge to discuss the status of the case has been rescheduled for **Monday, April 3, 2006 at 8:30 a.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                            /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE



FILED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE