IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-897-SLR |
| CAESAR RODNEY SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **3rd** day of **April, 2006**,

IT IS ORDERED that the teleconference scheduled for **Friday, May 5, 2006 at 8:30 a.m.** with Judge Thynge to discuss the status of negotiations in anticipation of the need for further mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE