## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA MACHETTE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-897-SLR |
| | : | |
| CAESAR RODNEY SCHOOL DISTRICT, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **7th** day of **June, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 15, 2006 at 8:30 a.m.** with Judge Thynge to discuss the status of negotiations in anticipation of the need for further mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE