*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE  19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*William L. Doerler*
*Direct Dial: 302.467.4508*
*Direct Fax: 302.467.4548*
*doerlerw@whiteandwilliams.com*

September 22, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street, Lock Box 8
Wilmington, DE 19801

>   RE:   **Machette v. Caesar Rodney School District**
>         **C. A. No. 04-897 SLR**
>         <u>**Our File No.  16869-D0095**</u>

Dear Judge Robinson:

      As you may be aware, I became counsel of record in the above referenced matter in January of 2006. Upon entering my appearance in the case, I discovered a scheduling order dated June 14, 2005.  The order is somewhat confusing as many of the deadlines noted in the order have already passed.  At the same time that the June 14, 2005 scheduling order was put into place, this case was referred for mediation with Magistrate Thynge.  After the case was set for mediation, there is no activity reflected on the docket until January of 2006, when I entered my appearance and attempted to get the case restarted.  Since I have entered my appearance, the parties have engaged in mediation with Magistrate Thynge.  Unfortunately, our efforts at mediation were unsuccessful.  Therefore, I respectfully request that the Court issue a new scheduling order and set this matter for trial.  I have attempted to secure Plaintiff's position with respect to this request on several occasions but have not received a response from Plaintiff's counsel.

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

DOCS_DE 130099v.2

The Honorable Sue L. Robinson
September 22, 2006
Page 2

       If you have any questions regarding this request, I am available at the convenience of the Court.

                                        Respectfully submitted,

                                        WHITE AND WILLIAMS LLP

                              By:    /s/ William L. Doerler

William L. Doerler
WLD:mw
t 10/10/06
cc:       Neil R. Lapinski, Esquire

DOCS_DE 130099v.2