IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-897-SLR |
| | ) |
| CAESAR RODNEY SCHOOL DISTRICT | ) |
| and CAESAR RODNEY BOARD OF | ) |
| EDUCATION, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 17th day of October, 2006, having been informed by plaintiff's counsel that the parties efforts at mediation where unsuccessful (D.I. 40);

IT IS ORDERED that a telephonic scheduling conference shall be conducted on **Friday, November 3, 2006**, at **8:00 a.m.** with plaintiff's counsel initiating this call.

_____
United States District Judge