IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 04-897 |
| | : |
| CAESAR RODNEY SCHOOL DISTRICT | : |
| and CAESAR RODNEY BOARD OF | : |
| EDUCATION, THE DEPARTMENT OF | : |
| EDUCATION OF THE STATE OF | : |
| DELAWARE and OFFICE OF | : |
| DISCIPLINARY COUNSEL, | : |
| | : |
| Defendants. | : |

**STIPULATED SCHEDULING ORDER**

This 16th day of November, 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS hereby stipulated that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects:

    The nature of Plaintiff, Derrick Serrano's disability and the event(s) leading to his discipline and all related information known, considered, and/or in the possession of the parties at the time surrounding the manifestation determination and/or subsequent Due Process hearing findings.

(b) All discovery shall be commenced in time to be completed by July 31, 2007.

(c) Maximum of 40 interrogatories by each part to any other party.

(d) Maximum of 40 requests for admission by each party to any other party.

(e) Maximum of 5 depositions by plaintiff and 5 by defendant.

(f) Each deposition shall be limited to a maximum of 3 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by March 1, 2007. Rebuttal expert reports due by April 15, 2007. All Daubert motions due by August 31, 2007.

(h) Supplementations under Rule 26(e) due bi-monthly.

(i) **Discovery Disputes**. Any discovery dispute shall be limited to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification**. All motions to joint other parties, amend the pleadings, and certify a class action shall be filed on or before February 1, 2007.

4. **Settlement Conference**. Deferred.

5. **Summary Judgment Motions**. All summary judgment motions shall be served and filed with an opening brief on or before October 1, 2007. Briefing shall be

pursuant to D. Del. LR 7.1.2. No summary judgment motions may be filed more than ten (10) days from the above date without leave of the court.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the Clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

| | |
|---|---|
| SWARTZ CAMPBELL, LLC | WHITE AND WILLIAMS LLP |
| By: /s/ Neil R. Lapinski | By: /s/ William L. Doerler |
| NEIL R. LAPINSKI (#3645) | WILLIAM L. DOERLER (#3627) |
| 300 Delaware Avenue | 824 N. Market Street, Suite 902 |
| Suite 1130 | P.O. Box 709 |
| P. O. Box 330 | Wilmington, DE 19899-0709 |
| Wilmington, DE 19899-0330 | Phone: 302.467.4508 |
| *Attorney for Plaintiff Barbara Machette* | *Attorney for Defendants, Caesar Rodney School District and Caesar Rodney Board of Education* |
| Date: November 10, 2006 | Date: November 10, 2006 |

SO ORDERED this 16th day of November, 2006.

_____
United States District Judge