IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 04-897 |
| | : |
| CAESAR RODNEY SCHOOL DISTRICT | : |
| and CAESAR RODNEY BOARD OF | : |
| EDUCATION, THE DEPARTMENT OF | : |
| EDUCATION OF THE STATE OF | : |
| DELAWARE and OFFICE OF | : |
| DISCIPLINARY COUNSEL, | : |
| | : |
| Defendants. | : |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of William L. Doerler, Esquire on behalf of Defendants, Caesar Rodney School District and Caesar Rodney Board of Education.

**PLEASE ENTER** the appearance of James Yoder, Esquire on behalf of Defendants, Caesar Rodney School District and Caesar Rodney Board of Education.

WHITE AND WILLIAMS LLP

/s/ James Yoder
JAMES YODER (#2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4524

WHITE AND WILLIAMS LLP

/s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4508

Date: January 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BARBARA MACHETTE, :
:
      Plaintiff, :
:
v. : Docket No. 04-897
:
CAESAR RODNEY SCHOOL DISTRICT :
and CAESAR RODNEY BOARD OF :
EDUCATION, THE DEPARTMENT OF :
EDUCATION OF THE STATE OF :
DELAWARE and OFFICE OF :
DISCIPLINARY COUNSEL, :
:
      Defendants. :

**CERTIFICATE OF SERVICE**

I, James Yoder, Esquire, do hereby certify that on this 2nd day of January, 2007, a copy of the foregoing **Substitution of Counsel** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Neil R. Lapinski, Esquire
Swartz Campbell, LLC
300 Delaware Avenue
Suite 1130
P. O. Box 330
Wilmington, DE  19899-0330

          WHITE AND WILLIAMS LLP

BY:   /s/James Yoder
       JAMES YODER (#2643)
       824 N. Market Street, Suite 902
       P.O. Box 709
       Wilmington, DE  19899-0709
       Phone: 302.467.4508
       *Attorney for Defendants, Caesar Rodney School District and Caesar Rodney Board of Education*

WILDMS 139569v.1