IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA MACHETTE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 04-897 |
| | : | |
| CAESAR RODNEY SCHOOL DISTRICT *et al.,* | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** on the 15th day of March, 2007, a copy of **Defendants' Interrogatories directed to Plaintiff and Defendants' Request for Production directed to Plaintiff** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Neil R. Lapinski, Esquire
Swartz Campbell, LLC
300 Delaware Avenue
Suite 1130
P. O. Box 330
Wilmington, DE 19899-0330

                                                WHITE AND WILLIAMS LLP

                                          /s/James Yoder
BY:   JAMES YODER (#2643)
        824 N. Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE 19899-0709
        Phone: 302.467.4508
        *Attorney for Defendants, Caesar Rodney School District and Caesar Rodney Board of Education*

WILDMS 142188v.1