Tuesday, March 20, 2007

U.S. DISTRICT COURT

DISTRICT OF DELAWARE

J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, De 19801



RE: BARBARA MACHETTE    v.    CAESAR RODNEY SCHOOL DISTRICT, CAESAR RODNEY BOARD OF EDUCATION

C.A. NO: 04-897-SLR

I am dismissing my attorney (Neil R. Lapinski) for failing to return phone calls and failing to keep me properly apprised of the status of my case.

> Neil R. Lapinski
> P.O. Box 330
> 300 Delaware Avenue, Ste. 1130
> Wilmington, DE 19899
> (302) 656-5935
> Attorneys for Plaintiff

I also do not feel that Neil R. Lapinski is acting in my son good interest or mine.

Barbara Machette

247 Thicket Road

Camden, Delaware 19934

(302) 747-5914

B Machette
247 Thicket Rd
Camden, Del
19934

U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 W. King Street
Wilmington, De 19801


U.S.M.S.
X-RAY