IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-897-SLR |
| | ) |
| CAESAR RODNEY SCHOOL DISTRICT and CAESAR RODNEY BOARD OF EDUCATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 11th day of April, 2007, having reviewed plaintiff's letter stating she is dismissing her counsel, Neil R. Lapinski, (D.I. 46);

IT IS ORDERED that, on or before **May 10, 2007**, plaintiff shall inform the court whether she has secured new counsel, whether she plans to prosecute her case without the help of an attorney, or whether she wishes to dismiss her case.

United States District Judge