IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA MACHETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-897-SLR |
| | ) |
| CAESAR RODNEY SCHOOL DISTRICT and CAESAR RODNEY BOARD OF EDUCATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 23rd day of August, 2007, plaintiff having failed to respond to the court's order of April 11, 2007 and there having been no activity in the above-captioned case since;

IT IS ORDERED that, on or before **September 24, 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge